ACCEPTED
07-15-00102-CV
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
9/14/2015 4:01:25 PM
Vivian Long, Clerk

## No. 07-15-00102-CV

## IN THE SEVENTH DISTRICT COURT OF APPEALS

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
9/14/2015 4:01:25 PM
VIVIAN LONG
CLERK

**RONALD WHITTINGTON and MARY WHITTINGTON,**
**Appellants,**

**V.**

**JAY GREEN and CONNIE GREEN,**
**Appellees.**

---

## ON APPEAL FROM CAUSE NO. 101,936-2
## COUNTY COURT AT LAW NO. 2, POTTER COUNTY, TEXAS
## HONORABLE PAMELA SIRMON, JUDGE PRESIDING

---

## UNOPPOSED MOTION TO SUPPLEMENT REPORTER'S RECORD

---

### Certain Exhibits Not In Reporter's Record

The Reporter's Record for this civil case is five digital volumes, the last of which contains an index of all the exhibits introduced into evidence at trial. No request for a partial record was made, yet Appellants recently discovered that Plaintiffs' Exhibits 1, 2, 18H, 18I, 18J, 18K, 18L, 18M, and 18N were not copied and included in the Reporter's Record.[1]

### Unopposed Request to Supplement Reporter's Record Two (2) Ways

To address this issue, Appellees request that the Reporter's Record be supplemented in two ways: First, so that the Court of Appeals will have digital

---

[1]These exhibits are roughly two feet by three feet enlargements of photos, and the Reporter's Record contains generic descriptions of them, such as: "Plaintiffs' Exhibit Number 18H is a poster-size Photograph Blow-Up."

1

access to photographs of these exhibits, Appellees are tendering with this motion a CD disc attached hereto as Exhibit S containing digital photographs of Plaintiffs' Exhibits 1, 2, 18H, 18I, 18J, 18K, 18L, 18M, and 18N to supplement the Reporter's Record (perhaps as Volume 6). In addition, in case the Court of Appeals wishes to view the original exhibits themselves, not photographs of them, Appellants seek an order directing the Potter County District Clerk to send the originals of Plaintiffs' Exhibits 1, 2, 18H, 18I, 18J, 18K, 18L, 18M, 18N to the Court of Appeals. Tex. R. App. P. 34.6(g)(2).

<u>Reporter's Record Names for Plaintiffs' Exhibits 18A-D</u>

For the Court's information, the Reporter's Record contains Plaintiffs' Exhibits 18A, 18B, 18C, and 18D in the proper order (after Plaintiffs' Exhibit 18 and before Plaintiffs' Exhibit 18E), but the Reporter's Record does not identify Plaintiffs' Exhibits 18A, 18B, 18C, or 18D by those names. Those four exhibits are "mov" files containing video clips, named in the Reporter's Record as follows:

> Plaintiffs' Exhibit 18A is named "1111.mov" in the Reporter's Record;
> Plaintiffs' Exhibit 18B is named "8.1.09.mov" in the Reporter's Record;
> Plaintiffs' Exhibit 18C is named "100_4086.mov" in the Reporter's Record;
> Plaintiffs' Exhibit 18D is named "100_4087.mov" in the Reporter's Record.

<u>Prayer</u>

Appellees pray that the Reporter's Record be supplemented to include the data files on the CD disc submitted herewith, and that the Court of Appeals direct the Potter County District Clerk to provide the originals of Plaintiffs Exhibits 1, 2, 18H, 18I, 18J, 18K, 18L, 18M, and 18N to the Clerk of the Court of Appeals.

2

Respectfully submitted,

Burdett, Morgan, Williamson & Boykin, LLP
3423 Soncy Road, Suite 300
Amarillo, Texas 79119
(806) 358-8116
(806) 358-1901 fax

By:/s/ Wyatt L. Brooks
      Lewis Coppedge, SBN 04806500
      Wyatt L. Brooks, SBN 03075600
      lcoppedge@bmwb-law.com
      wbrooks@bmwb-law.com

ATTORNEYS FOR APPELLEES

## Certificate of Service

The undersigned certifies that on September 14, 2015, a copy of this document was served on opposing counsel as follows: Kerry McLain (emailed to kerry@sgmtexaslaw.com).

/s/ Lewis Coppedge
Lewis Coppedge

## Certificate of Conference

The undersigned certifies that he conferred with opposing counsel about the merits of this motion, and that opposing counsel does not oppose this motion.

/s/ Lewis Coppedge
Lewis Coppedge

3

# EXHIBIT "S"

OJD Engineering, Inc.
The Benchmark
Wellington | Amarillo | Wolfforth
www.OJDEngineering.com          F-4393

WELLINGTON
P.O. Box 543
Wellington, TX 79095
(806) 447-2503

WOLFFORTH
502 N. Dowden Road, Ste 102
Wolfforth, TX 79382
(806) 791-2300

AMARILLO
2420 Lakeview Drive
Amarillo, TX 79109
(806) 352-7117



JAY GREEN SITE DRAINAGE

SITE LAYOUT

Green Residence

Green's Retaining Wall

Water Tops Wall

Brick/Stone Entrance

Neighbor's Residence

© 2014 Google

©2010 Google

PLAINTIFF'S
EXHIBIT

| | | Sheet: |
|---|---|---|
| Drawn By: | MCS | |
| Checked By: | | A-1 |
| Scale: | None | |

No. 9 Tascosita Circle

Ron Whittington's Property

The Green's Property

No. 18 Tascosita Circle

Extended Contributing
Drainage Area:
Area: 7.44 Acres
Discharge (2 Yr. Storm): 6.25 CFS

Immediate Contributing
Drainage Area:
Area: 1.61 Acres
Discharge (2 Yr. Storm): 2.19 CFS

© 2012 Google

Tascosita Cir

No. 18 Tascosita Circle

Contributing Drainage Areas



OJD Engineering, Inc.
*The Benchmark*
Wellington | Amarillo | Wolfforth
www.OJDEngineering.com            F-4393

WELLINGTON
P.O. Box 543
Wellington, TX 79095
(806) 447-2503

WOLFFORTH
802 N. Dowden Road, Ste 102
Wolfforth, TX 79382
(806) 791-2300

AMARILLO
2420 Lakeview Drive
Amarillo, TX 79109
(806) 352-7117

Drawn By: JA
Checked By: MCS
Scale: H: 1" = 200'

Sheet: A-2

PLAINTIFF'S
EXHIBIT

# SIGNIFICANT EVENTS

1999 until Whittington's purchase and initial dirt work – **NO DRAINAGE PROBLEMS**

2004 - 2005 Winter/Spring – **Whittington's caliche road built and excavation/dirt work**
- Began **flooding** every heavy rain

2007 Summer -- **Gate installed**
- July-August photos
- September 26 **flood**  (photo)

2009 July -- **Scraped land of all vegetation/natural terracing**
- August 1 **flood**—severe—his seed in our yard
- August 9 watering—no seed on his side
- August 13 still watering/cleaning debris
- August 23 we mowed seed in our yard

2010
- May 3 **flood**—video picking up debris
- July 13 **flood**

2010 August -- **Pipe installed under west gate**

**2010  October – Settlement Agreement Signed**

2011 Spring/Summer-–no rain

2012
- April 26 **flood** at 6:30 pm
- June 12 **flood**—samples
- June 24—same cleanup as on 13 & 15
- July 18—shows no maintenance to pipe—no cleanup from June flood
- August 20 **flood** at 8:15 pm—pictures & video & sample.  Whittington in his red Hummer stopped to look then backed up. When left when he saw Connie at Greens' garage door. Whittington came back & took photos from his mailbox.
- September 10-12—rained
- September 27—rained enough to move hay bales we temporarily placed in flood area

2013 Spring – Greens built **retaining wall**
- April wall completed
- May 28—**flood** pics & video
- June 30—Whittington working trench
- September 19—rained—pics & video
- October 7—trench condition

2014 Spring
- April 10—trench condition
- September—trench condition
- October—berm south of Whittington property



# Clean-Up and Retaining Wall Expenses

Jay and Connie Green
18 Tascocita Circle
Amarillo, TX 79124

The only expenses detailed are those that were paid to contractors.
**No expenses are claimed for any clean-up work done by the Greens.**

| DATE | DESCRIPTION | COST |
|---|---|---|
| 7-14-2012 | Brian's Yard Consultant --area where soil has been deposited caused grade to be changed due to excess water from Whittington property with cleanup | $329.30 |
| 8-25-2012 | Brian's Yard Consultant—cleanup following huge rain 8-20 | $151.55 |
| 1-22-2013 | Cutting down 12 trees on joint west property side by Jay Green to make room for retaining wall (17 yr old trees). conservative value: 12 x 166.66 = $2000                                                                                                         labor: | $2000.00 $300.00 |
| 1-19-2013 | Brian's Yard Consultant—cut down 12" cottonwood, grind stumps, cleanup | $287.40 |
| 1-26-2013 | Brian's Yard Consultant—continued work to grind stumps | $208.92 |
| 1-24-2013 | Love & Sons, Inc--dig & relocate 18 yr old Burr Oak tree | $450.61 |
| 4-13-2013 | Brian's Yard Consultant-purchase 3 trees, planting, dirt work at wall base, etc. | $1643.29 |
| 6-1-2013 | A Team Rentals—lawn vacuum #7 | $58.39 |
| 6-1-2013 | A Team Rentals—credit | $21.43 |
| 9-27-13 | Hill Landscaping—cleanup following 9-19 rain & reseeding areas where grass was killed | $486.00 |
| 11-18-13 | Chavez Concrete Company-retaining wall payments (1st $12,924.50 on 5-1-13 & 2nd $12,924.50 on 11-18-13) | 25,849.00 |
| 11-2014 on | TruGreen (kill unwanted grass from Whittington flooding) | 1432.69 |
| | TOTAL | $33,175.75 |


PLAINTIFF'S EXHIBIT 9



08/20/2012



08/20/2012

18 I

PLAINTIFF'S EXHIBIT 18 I



08/01/2009


05/29/2013



08/21/2012

PLAINTIFF'S EXHIBIT 18L 101.93-2

18L




05/29/2013

01/15/2025



PLAINTIFF'S
EXHIBIT
101.426-2



18 N